[No. 61424-0-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. DARKIM ROWE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08369-1, George T. Mattson, J., entered March 18, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[Nos. 61822-9-I; 61109-7-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TED ERNEST COXWELL ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-01198-2, Nicole MacInnes, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Agid, JJ.

[No. 61871-7-I.   Division One.   October 26, 2009.]

*In the Matter of the Detention of* NATHAN JAMES KERR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-09755-4, Ellen J. Fair, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 62147-5-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICKO THOMAS ZOURKOS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01602-6, Steven J. Mura, J., entered July 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J.